# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140493

SCOTT KROEGER and CANDY KROEGER,
     Plaintiffs-Appellants,

v

AEC ENTERPRISES CONSTRUCTION,
INC., AUBREY E. CROSBY, and
LANDAMERICA TITLE CO.,
     Defendants,

and

REPUBLIC BANK,
     Defendant-Appellee.

SC: 140493
COA: 286333
Monroe CC: 06-022559-CK

_____/

     On order of the Court, the application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

Clerk

p0616